STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE M. HIKIDA
Assistant United States Attorney
Cal. Bar No. 153268
     Federal Building, Room 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:   (213) 894-2285
     Facsimile:   (213) 894-7819
     E-mail:  katherine.hikida@usdoj.gov
Attorneys for Federal Defendant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

May 18, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>     Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | No. CV 14-02395-SVW(KKx)<br><br>~~[PROPOSED]~~ ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE<br><br><br>Honorable Stephen V. Wilson |

